# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>JVCKENWOOD CORPORATION,<br><br>  Defendant. | CIVIL ACTION NO. 4:20-cv-906-ALM<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiff American Patents LLC ("American") and Defendant JVCKenwood Corporation ("JVCKenwood") have resolved American's claims for relief against JVCKenwood asserted in this case.

NOW, THEREFORE, American and JVCKenwood, through their attorneys of record, request this Court to dismiss all of American's claims for relief between American and JVCKenwood with prejudice, with each party to bear their own attorneys' fees, costs of court, and expenses.

Dated: April 1, 2021

Respectfully submitted,

/s/ *Zachariah S. Harrington*
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Christopher Ryan Pinckney
Texas Bar No. 24067819

ryan@ahtlawfirm.com

ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM
815 South Broadway Avenue
Tyler, Texas 75701
(903) 593-7000
(903) 705-7369 fax

*Attorneys for American Patents LLC*


/s/ *T. Vann Pearce, Jr.*
T. Vann Pearce, Jr.
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Columbia Center
1152 15th Street, NW
Washington, DC 20005
Tel: (202) 339-8400
vpearce@orrick.com

Jeffrey L. Johnson
State Bar No. 24029638
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
609 Main, 40th Floor
Houston, TX 77002
Telephone: 713.658.6450
Facsimile: 713.658.6401
jj@orrick.com

*Attorneys for Defendant JVCKENWOOD Corporation*

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on April 1, 2021.

*/s/ Zachariah S. Harrington*
Zachariah S. Harrington
