# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC,<br><br>Plaintiff,<br><br>v.<br><br>JVCKENWOOD CORPORATION,<br><br>Defendant. | CIVIL ACTION NO. 4:20-cv-906-ALM |

## ORDER

This matter came before the Court upon the Joint Motion to Dismiss filed by Plaintiff American Patents LLC ("American") and Defendant JVCKenwood Corporation ("JVCKenwood"). Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** that all claims asserted by American against JVCKenwood in this action are hereby dismissed with prejudice. It is further

**ORDERED** that American and JVCKenwood shall bear their own costs, expenses and legal fees in this case.

All relief not previously granted is hereby denied, and the Clerk is directed to close this civil action.

**IT IS SO ORDERED.**
**SIGNED this 6th day of April, 2021.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE